UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

$59,980.00 U.S. Currency,

        Defendant *in Rem*.

Civil No. 23-cv-13217
Honorable Laurie J. Michelson

### ORDER TO STAY CIVIL FORFEITURE PROCEEDINGS

Upon consideration of the accompanying Motion for Entry of Order to Stay Civil Forfeiture Proceedings, and the Court being otherwise fully advised in the premises, now, therefore:

**IT IS HEREBY ORDERED** that all proceedings in this civil forfeiture case shall be stayed during the pendency of the investigation and related criminal proceedings, or until further order of the Court without any prejudice to any of the parties to seek an advance termination or an extension of the stay. After the stay is lifted, the parties shall have a reasonable time to undertake discovery and file dispositive motions prior to any pretrial or trial proceedings.

**IT IS FURTHER ORDERED** that the United States shall provide a status report every 120 days and address whether a stay of proceedings is still required

under 18 U.S.C. § 981(g)(1). Additionally, the United States shall promptly inform the Claimant's counsel of the culmination or termination of the criminal investigation or any ensuing prosecution, whether by discontinuance or culmination.

**IT IS SO ORDERED.**

Dated: December 20, 2024                /s/Laurie J. Michelson<ins>            </ins>
                                        Honorable Laurie J. Michelson
                                        United States District Judge