UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

$59,980.00 U.S. Currency,

        Defendant *in Rem*.

Civil No. 23-cv-13217
Honorable Laurie J. Michelson

---

### ORDER SEALING EX PARTE DECLARATION IN SUPPORT OF GOVERNMENT'S MOTION FOR ORDER TO STAY CIVIL FORFEITURE PROCEEDINGS

---

The United States of America has applied to this Court for an Order to File Under Seal Ex Parte Declaration in Support of Government's Motion for Order to Stay Civil Forfeiture Proceedings, in the above-captioned case. Upon consideration of the motion and the entire record herein,

**IT IS HEREBY ORDERED** that the Declaration in Support of Government's Motion for Order to Stay Civil Forfeiture Proceedings, in the above-entitled proceedings, shall be filed with this Court ex parte under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Dated: December 20, 2024

/s/Laurie J. Michelson
Honorable Laurie J. Michelson
United States District Judge